# United States District Court
## District of Massachusetts

| | |
|---|---|
| BRANDON C. DAVIS, )<br>          Plaintiff  )<br>)<br>v.                       )<br>)<br>FRANKLIN COUNTY HOUSE OF  )<br>CORRECTIONS, et al.,        )<br>          Defendant  ) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br><br>Civil Action No.  04-30165-KPN |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

      ☒    The clerk is directed to file the complaint.

      ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on  August 26, 2004  .

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge